# THE LAW OFFICE OF
# ELISA HYMAN, P.C.

July 10, 2024

*VIA ECF*
Honorable Lorna G. Schofield, U.S.D.J.
United States District Court - Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *F.R.B. et al. v. N.Y.C. Dep't of Educ., et al.*, 24-cv-4233 (LGS)

Dear Judge Schofield:

    I represent the Plaintiffs in the above-referenced case and write to request an adjournment of the initial conference currently scheduled for July 17, 2024. ECF No. 7. Plaintiffs filed the complaint on June 3, 2024 but served Defendants on July 2, 2024, with a copy of Your Honor's initial scheduling Order. ECF No. 8. Thus, Defendants' answer is currently due July 23, 2024, which is after the scheduled initial conference. ECF No. 8. No one has yet filed a Notice of Appearance on behalf of Defendants.

    As such, Plaintiffs respectfully request an adjournment of the initial conference, and the corresponding case management plan and joint letter, to a date after Defendants answer the complaint, at the Court's convenience.

    Thank you for Your Honor's consideration of this request.

Respectfully Submitted,
THE LAW OFFICE OF ELISA HYMAN, P.C.

By:   */s Erin O'Connor*
      _____

Erin O'Connor, Esq., Of Counsel
*Counsel for Plaintiff*

---

Application **GRANTED**. The request for extension is untimely under the Court's Individual Rule I.B.3, which requires a request for extension to be filed two business days prior to the date to be extended. Nevertheless, the parties shall file their joint letter, as described by Dkt. 7, by **July 24, 2024**. The initial pretrial conference, scheduled for July 17, 2024, is adjourned to **July 31, 2024, at 4:20pm**.

Dated: July 11, 2024
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**