UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
 :
F.R.B., et al., :
                    Plaintiffs, :
 :      24 Civ. 4233 (LGS)
        -against- :
 :      ORDER
NEW YORK CITY DEPARTMENT OF :
EDUCATION, et al., :
 :
                  Defendants. :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order dated June 5, 2024, stated that the parties must propose dates for the various deadlines included in the proposed case management plan and scheduling order even if they intend to request a stay of discovery;

    WHEREAS, the Defendants have filed a pre-motion letter seeking to file a motion to dismiss and the parties have requested a stay or bifurcation of discovery;

    WHEREAS, absent extraordinary circumstances, the Court does not stay discovery or any other case management deadlines during the pendency of a motion to dismiss;

    WHEREAS, the Order, dated July 23, 2024, required the parties to file a proposed joint letter and case management plan no later than August 7, 2024;

    WHEREAS, the parties filed the joint letter but failed to file the proposed case management plan;

    WHEREAS, the initial pretrial conference is scheduled for August 14, 2024, at 4:20pm. It is hereby

    **ORDERED** that, the parties shall file a proposed case management plan and scheduling order by **August 9, 2024**.

Dated: August 8, 2024
       New York, New York

                                                                     LORNA G. SCHOFIELD
                                                        UNITED STATES DISTRICT JUDGE