UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                                                             :
F.R.B., et al.,                                     :
                         Plaintiffs, :
                                                     :        24 Civ. 4233 (LGS)
                         -against- :
                                                     :                <u>ORDER</u>
NEW YORK CITY DEPARTMENT OF         :
EDUCATION, et al.,                           :
                                                     :
                         Defendants. :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, a conference was held on August 14, 2024. As discussed at the conference, it is hereby

        **ORDERED** that Plaintiffs shall file a letter by **August 21, 2024**, stating whether they will seek leave to amend their *Monell* claims. Any motion for leave to amend the complaint shall be filed by **September 4, 2024**, and shall include a redline to show the proposed amendments. Any opposition to the motion for leave to amend shall be filed by **September 18, 2024**, and any reply shall be filed by **September 27, 2024**. The parties shall comply with the Court's individual rules concerning motions. It is further

        **ORDERED** that discovery shall be **stayed** on Plaintiffs' *Monell* claims. A case management plan will issue separately. It is further

        **ORDERED** that the parties shall file a joint letter by **September 18, 2024**, apprising the Court of the progress of settlement negotiations.

Dated: August 15, 2024
            New York, New York

                                                                   LORNA G. SCHOFIELD
                                                       UNITED STATES DISTRICT JUDGE