UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                  :

F.R.B., et al.,                            :

                     Plaintiffs,      :

                                    :            24 Civ. 4233 (LGS)

              -against-                :

                                    :                  ORDER

NEW YORK CITY DEPARTMENT OF         :
EDUCATION, et al.,                    :

                                    :

                        Defendants.     :

------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, the case management plan and scheduling Order dated August 15, 2024, required

the parties to file a joint status letter by October 18, 2024.

        WHEREAS, the parties failed to submit the letter.  It is hereby

        **ORDERED** that the parties shall file the joint status letter by October 24, 2024.

Dated: October 21, 2024
        New York, New York

                                           LORNA G. SCHOFIELD
                                      **UNITED STATES DISTRICT JUDGE**